**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION<br>1200 K Street, NW<br>Washington, DC  20005<br><br>                     Plaintiff,<br><br>v.<br><br>THE BARNEY NEIGHBORHOOD HOUSE AND<br>SOCIAL AND INDUSTRIAL SETTLEMENT<br>as Plan Administrator for the<br>Employee Benefit Plan of Barney Neighborhood House<br>c/o District of Columbia Department of Consumer and<br>Regulatory Affairs<br>1100 4th Street, S.W.<br>Washington, D.C. 20024<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 1:16-cv-102<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## COMPLAINT FOR PENSION PLAN TERMINATION

This action arises under Title IV of the Employee Retirement Income Security Act of 1974, *as amended*, 29 U.S.C. §§ 1301-1461 (2012 & Supp. II 2014) ("ERISA").  Plaintiff, Pension Benefit Guaranty Corporation ("PBGC"), brings this action, pursuant to 29 U.S.C. §§ 1342 and 1348(a), seeking an order (a) terminating the Employee Benefit Plan of Barney Neighborhood House (the "Pension Plan"); (b) appointing PBGC as statutory trustee of the Pension Plan; (c) establishing September 30, 2014, as the termination date of the Pension Plan; and (d) directing the defendant and any other person or entity having possession, custody or control of any of the records, assets, or other property of the Pension Plan, to transfer, convey and deliver all such records, assets, and property to PBGC, as the statutory trustee upon request under 29 U.S.C. § 1342(d)(1).

## JURISDICTION AND VENUE

1.      This Court has exclusive jurisdiction of this action pursuant to

29 U.S.C. §§ 1303(e)(3) and 1342(e) and (f).

2.      Venue lies in this Court under 29 U.S.C. §§ 1303(e)(2) and 1342(g).

## PARTIES

3.      Plaintiff is a wholly owned United States government corporation established

under 29 U.S.C. §1302(a) to administer the pension plan termination insurance program created

under Title IV of ERISA.  When an underfunded pension plan terminates, PBGC ensures the

timely and uninterrupted payment of statutorily guaranteed pension benefits to plan participants

and their beneficiaries.  29 U.S.C. §§ 1302(a)(2), 1321, 1322.

4.      Defendant, The Barney Neighborhood House and Social and Industrial Settlement

("Barney") was a nonprofit corporation organized under the laws of the District of Columbia.

On information and belief, Barney's principal place of business was located at 5656-A Third

Street, N.E., Washington, D.C. 20011.

## THE PENSION PLAN

5.      The Pension Plan is a single-employer defined benefit pension plan and is covered

under Title IV of ERISA.  29 U.S.C. §§ 1002(35), 1301(a)(15), 1321(a).

6.      Barney is the contributing sponsor of the Pension Plan within the meaning of

29 U.S.C. § 1301(a)(13), and the Plan administrator of the Pension Plan within the meaning of

29 U.S.C. §§ 1003(16) and 1301(a)(1).

7.      The Pension Plan provides pension benefits to certain present and former

employees of Barney and to their beneficiaries.  On information and belief, the Pension Plan has

13 participants.  PBGC estimates the Pension Plan is underfunded by approximately $247,007 on

a termination basis as of September 30, 2014.

8.     On information and belief, Barney administered the Pension Plan at its offices in Washington, D.C.

## CAUSE OF ACTION

9.     Upon information and belief, Barney ceased operations and terminated all of its employees by September 30, 2012.

10.     Upon information and belief, the District of Columbia Department of Consumer and Regulatory Affairs ("DCRA") revoked Barney's corporate charter by September 30, 2014.

11.     PBGC is authorized by 29 U.S.C. § 1342 to commence proceedings to terminate a plan whenever PBGC determines, *inter alia*, that:  (a) the plan has not met the minimum funding standard required under section 412 of the Internal Revenue Code, 29 U.S.C. § 1342(a)(1); and (b) a plan will be unable to pay benefits when due, 29 U.S.C. § 1342(a)(2).

12.     PBGC has determined, pursuant to 29 U.S.C. §§ 1342(a)(1) and (2), that the Pension Plan has not met the minimum funding standard required under section 412 of the Internal Revenue Code, and that the Pension Plan will be unable to pay benefits when due. PBGC also has determined that the Pension Plan's termination date should be September 30, 2014.

13.     On January 13, 2016, in accordance with 29 U.S.C. § 1342(c), PBGC issued a Notice of Determination (the "Notice") to Barney, as plan administrator of the Pension Plan, notifying Barney that PBGC had determined that the Pension Plan has not met the minimum funding standard required under section 412 of the Internal Revenue Code, and that the Pension Plan will be unable to pay benefits when due.  The Notice stated that the Pension Plan's termination date is September 30, 2014.  A copy of the Notice is attached hereto as Exhibit 1.

14.     Pursuant to 29 U.S.C. § 1342(c), a district court may order the termination of a pension plan if necessary to protect the interests of participants, to avoid any unreasonable deterioration of the financial condition of the plan, or to avoid any unreasonable increase in liability to the PBGC insurance fund.

15.     PBGC has determined that termination of the Pension Plan is necessary to protect the interests of participants.

16.     Pursuant to 29 U.S.C. § 1348(a)(4), a district court establishes the date of termination of a pension plan covered by Title IV when PBGC and the plan administrator have not agreed on a date of termination.

17.     As of the filing of this Complaint, PBGC and the Pension Plan administrator have not agreed on a date of plan termination.

18.     September 30, 2014, should be established as the date of plan termination of the Pension Plan pursuant to 29 U.S.C. § 1348(a)(4), because by that date, the Pension Plan's participants received constructive notice of the Pension Plan termination, and they no longer had any justifiable expectations of the Pension Plan's continuation.

19.     Pursuant to 29 U.S.C. § 1342(c), a trustee for a pension plan shall be appointed by the court upon granting a decree of plan termination. Further, 29 U.S.C. § 1342(c) provides that PBGC may request that it be appointed as trustee of a plan in any case.

20.     The PBGC is ready, willing, and able to serve as statutory trustee of the Pension Plan.

## RELIEF REQUESTED

WHEREFORE, PBGC respectfully requests that this Court grant judgment for PBGC and issue an order granting the following relief:

1.      Adjudicating the Pension Plan terminated pursuant to 29 U.S.C. § 1342(c);

2.      Appointing PBGC statutory trustee of the Pension Plan pursuant to 29 U.S.C.

§ 1342(c);

3.      Establishing September 30, 2014, as the termination date of the Pension Plan

pursuant to 29 U.S.C. § 1348(a)(4);

4.      Directing Barney and any other person or entity having possession, custody or

control of any records, assets or other property of the Pension Plan, to transfer, convey and

deliver all such records, assets, and property to PBGC as statutory trustee upon request under 29

U.S.C. § 1342(d)(1); and

5.      Granting such other relief as this Court deems just and proper.


Dated:  Washington, D.C.                      Respectfully submitted,
        January 20, 2016

                                              /s/ Ralph L. Landy
                                              ISRAEL GOLDOWITZ
                                              Chief Counsel
                                              JAMES J. ARMBRUSTER
                                              Acting Deputy Chief Counsel
                                              C. WAYNE OWEN
                                              Assistant Chief Counsel
                                              RALPH L. LANDY (PA Bar # 41384)
                                              Attorney

                                              PENSION BENEFIT GUARANTY
                                              CORPORATION
                                              Office of the Chief Counsel
                                              1200 K Street, N.W.
                                              Washington, D.C. 20005-4026
                                              Phone: (202) 326-4020, ext. 3090
                                              Fax: (202) 326-4112
                                              E-mail: landy.ralph@pbgc.gov &
                                                      efile@pbgc.gov